ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -- )
)
First Division Design, LLC ) ASBCA No. 60884-975
)
Under Contract No. FA5270-13-P-0177 )

APPEARANCE FOR THE PETITIONER: Mr. Craig F. Pierce
Manager/Member

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Phillip E. Reiman, Esq.
Trial Attorney

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on the contractor's settlement proposal and claim. The government has advised that a final decision will be issued by 19 December 2016. We deem this date reasonable.

This Order completes all necessary action by the Board.

Dated: 15 December 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA 60884-975, Petition of First Division Design, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals